Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19–22019–JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory G. Eversley
   aka Gregory Gordon Eversley, aka GE
   Refrigeration, aka Gregory Eversley, aka
   Gregory Gordon Eversley, Sr., dba GGE
   Mechanical, LLC
   63 Wilson Dr
   Sicklerville, NJ 08081–4496

Social Security No.:
   xxx–xx–9455

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:               1/8/20
Time:              09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 18, 2019
JAN: kvr

                                                   Jeanne Naughton
                                                   Clerk, U. S. Bankruptcy Court