Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–22019–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory G. Eversley
   aka Gregory Gordon Eversley, aka GE
   Refrigeration, aka Gregory Eversley, aka
   Gregory Gordon Eversley, Sr., dba GGE
   Mechanical, LLC
   63 Wilson Dr
   Sicklerville, NJ 08081–4496

Social Security No.:
   xxx–xx–9455

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               1/8/20
Time:              09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 18, 2019
JAN: kvr

                                                                           Jeanne Naughton
                                                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory G. Eversley  
    Debtor

Case No. 19-22019-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 18, 2019  
    Form ID: 132    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
```
db             Gregory G. Eversley,    63 Wilson Dr,    Sicklerville, NJ   08081-4496
518305374      Debt Litigation Associates,    8001 Castor Ave # PMB 141,    Philadelphia, PA   19152-2701
518305375      Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ   08054-1297
518305376      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ   08054-1297
518305377      P&N Distribution,    306 Connecticut Dr,    Burlington Township, NJ   08016-4108
518305378      Patient First,    PO Box 758941,    Baltimore, MD   21275-8941
518305380      Saldutti Law Group,    800 Kings Hwy N Ste 300,    Cherry Hill, NJ   08034-1511
518305381      South Jersey Federal C,    1615 Hurffville Rd,    Deptford, NJ   08096-6406
518305382      Sps,    10401 Deerwood Park Blvd,    Jacksonville, FL   32256-5007
518305383      Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ   07430-2035
518305384      Verizon Wireless,    Minneapolis, MN   55401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 00:07:08      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 00:07:08      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ   07102-5235
518322366      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 00:09:56
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC   29603-0587
518349979     +E-mail/Text: colleen.atkinson@rmscollect.com Nov 19 2019 00:07:16
                Patient First c/o Receivables Management Systems,    PO Box 73810,
                North Chesterfield, VA   23235-8047
518305379      E-mail/Text: colleen.atkinson@rmscollect.com Nov 19 2019 00:07:16      Receivable Management,
                PO Box 17305,    Richmond, VA   23226-7305
518414935     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 00:10:39      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK   73118-7901
518427663      E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 00:07:19
                Wilmington Trust, NA. et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT   84165-0250
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
               N.A., trustee, in trust for registered holders of Bear Stearns AssetBacked Securities 2007-2,
               Asset-Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Mark S Cherry    on behalf of Debtor Gregory G. Eversley mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Raymond Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
               N.A., trustee, in trust for registered holders of Bear Stearns AssetBacked Securities 2007-2,
               Asset-Backed Certificates, Series 2007-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```