Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.: 19−22019−JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gregory G. Eversley
    aka Gregory Gordon Eversley, aka GE
    Refrigeration, aka Gregory Eversley, aka
    Gregory Gordon Eversley, Sr., dba GGE
    Mechanical, LLC
    63 Wilson Dr
    Sicklerville, NJ 08081−4496

Social Security No.:
    xxx−xx−9455

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/19/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 19, 2020
JAN: kvr

                                                                                          Jeanne Naughton
                                                                                         Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                            Case No. 19-22019-JNP
Gregory G. Eversley                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2           Date Rcvd: Mar 19, 2020
                            Form ID: 148             Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db             Gregory G. Eversley,    63 Wilson Dr,    Sicklerville, NJ  08081-4496
518305374      Debt Litigation Associates,    8001 Castor Ave # PMB 141,    Philadelphia, PA  19152-2701
518655177      Elizabeth Folo,    c/o Camden County Probation,    6 Executive Campus Ste 300,
                Cherry Hill NJ 08002-4130
518305375      Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
518305376      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
518305377      P&N Distribution,    306 Connecticut Dr,    Burlington Township, NJ  08016-4108
518305378      Patient First,    PO Box 758941,    Baltimore, MD  21275-8941
518305380      Saldutti Law Group,    800 Kings Hwy N Ste 300,    Cherry Hill, NJ  08034-1511
518305381      South Jersey Federal C,    1615 Hurffville Rd,    Deptford, NJ  08096-6406
518305382      Sps,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
518305383      Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ  07430-2035
518305384      Verizon Wireless,    Minneapolis, MN  55401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 23:58:38     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 23:58:36     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: courts@southjerseyfcu.com Mar 19 2020 23:58:38
                South Jersey Federal Credit Union,    1615 Hurfville Road,    PO Box 5530,
                Deptford, NJ 08096-0530
518322366      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:08:51
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
518349979     +E-mail/Text: colleen.atkinson@rmscollect.com Mar 19 2020 23:59:10
                Patient First c/o Receivables Management Systems,    PO Box 73810,
                North Chesterfield, VA 23235-8047
518305379      E-mail/Text: colleen.atkinson@rmscollect.com Mar 19 2020 23:59:10     Receivable Management,
                PO Box 17305,    Richmond, VA  23226-7305
518414935     +EDI: AIS.COM Mar 20 2020 03:28:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518427663      E-mail/Text: jennifer.chacon@spservicing.com Mar 19 2020 23:59:14
                Wilmington Trust, NA. et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518655147      Jefferson Health-New Jersey,    NO ADDRESS PROVIDED
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., trustee, in trust for registered holders of Bear Stearns AssetBacked Securities 2007-2,
               Asset-Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John F Newman    on behalf of Creditor    South Jersey Federal Credit Union
               courts@southjerseyfcu.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Mar 19, 2020
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Mark S Cherry    on behalf of Debtor Gregory G. Eversley mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
        Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns AssetBacked Securities 2007-2, Asset-Backed Certificates, Series 2007-2 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 8