Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

>Case No.: 19–22019–JNP
>Chapter: 13
>Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory G. Eversley
   aka Gregory Gordon Eversley, aka GE Refrigeration, aka Gregory Eversley, aka Gregory Gordon Eversley, Sr., dba GGE Mechanical, LLC
   63 Wilson Dr
   Sicklerville, NJ 08081–4496

Social Security No.:
   xxx–xx–9455

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 9, 2020</u>          <u>Jerrold N. Poslusny Jr.</u>
                                     Judge, United States Bankruptcy Court